An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NOAH C. RHEIN,
Appellant,
vs.
RACHELL A. RHEIN,
Respondent.

No. 66770

**FILED**

JAN 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a post-divorce decree district court order awarding attorney fees. On November 5, 2014, this court placed this appeal in the pilot program for processing civil appeals filed by self-represented litigants and directed appellant to file and serve the civil appeal statement within 40 days. The appeal statement was due on December 15, 2014, and to date, appellant has failed to file the statement or otherwise respond to this court's directive. Accordingly, as it appears that appellant has abandoned this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01941

cc: Chief Judge, Eighth Judicial District Court
Hon. Steven Elliott, Senior Judge
Noah C. Rhein
Goodman Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A